Skenandoa Rayon Corporation, Respondent, *v.* Halifax Fire Insurance Company, Appellant.

(Argued June 1, 1936; decided July 8, 1936.)

*William Otis Badger* for appellant.

*Harry E. Wareham* and *Frank L. Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.